IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| **Christopher Clayton Rice,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No: 4:24-cv-3 |
| **City of Hampton & Bryan Wilson,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**VOLUNTARY DISMISSAL**
**(DOES NOT END THIS CASE)**

Plaintiff, Christopher Clayton Rice, by and through his undersigned counsel of record, hereby gives notice of his voluntary dismissal, **without prejudice**, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure of his claims against Defendant City of Hampton. This voluntary dismissal does not end the case.

**Respectfully Submitted,**

**CHRISTOPHER C. RICE**

_____
Andrew A. Protogyrou | VSB No. 27253
PROTOGYROU LAW, PLC
125 St. Paul's Boulevard, Suite 150
Norfolk, VA 23510
T: 757-625-1775
protogyrou@prlaw.org

Bakari T. Sellers* (D.S.C. ID# 11099)
Mario A. Pacella* (D.S.C. ID# 7538)
Amy E. Willbanks* (D.S.C. ID# 13537)
Matthew B. Robins* (D.S.C. ID# 13313)
Strom Law Firm, LLC
6923 North Trenholm Road, Suite 200
Columbia, South Carolina 29206

        Tel: (803) 252-4800
        Fax: (803) 252-4801
        bsellers@stromlaw.com
        mpacella@stromlaw.com
        awillbanks@stromlaw.com
        mrobins@stromlaw.com

        *Attorneys for Plaintiff*

        **Admitted Pro Hac Vice*

April 15, 2024