IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| CHRISTOPHER CLAYTON RICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 4:24-cv-3 |
| ) | |
| CITY OF HAMPTON, *et al.*, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT, BRYAN WILSON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

COMES NOW, Defendant, Bryan Wilson ("Officer Wilson"), by counsel, and requests this Court dismiss the Plaintiff's Complaint and all claims made in the Complaint against Officer Wilson, with prejudice, pursuant to Rule 12(b)(6) for failure to state a claim and award him any other relief as this Court deems just and proper. Officer Wilson sets forth his basis for dismissal in his accompanying Brief in Support of Defendant, Bryan Wilson's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) which Officer Wilson incorporates herein.

Respectfully submitted,

**BRYAN WILSON**

/s/ Brandi A. Law
Brandi A. Law (VSB No. 76961)
Sr. Deputy City Attorney
City of Hampton
Office of the City Attorney
22 Lincoln Street, 8th Floor
Hampton, Virginia 23669
Telephone: (757) 727-6127
Facsimile: (757) 727-6788
Electronic Mail: brandi.law@hampton.gov
*Counsel for Defendant, Bryan Wilson*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I will electronically file the foregoing Defendant, Bryan Wilson's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) with the Clerk of Court using the CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to the following:

Andrew A. Protogyrou, Esq.
Asha S. Pandya, Esq.
PROTOGYROU LAW, PLC
125 St. Paul's Boulevard, Suite 150
Norfolk, Virginia  23510
protogyrou@prlaw.org
*Counsel for Plaintiff, Christopher Clayton Rice*

Mario A. Pacella, Esq.
Matthew B. Robins, Esq.
Bakari T. Sellers, Esq.
Amy E. Willbanks, Esq.
STROM LAW FIRM, LLC
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
mpacella@stromlaw.com
mrobins@stromlaw.com
bsellers@stromlaw.com
awillbanks@stromlaw.com
*Pro Hac Vice*
*Counsel for Plaintiff, Christopher Clayton Rice*

/s/  Brandi A. Law
Brandi A. Law (VSB No. 76961)
Sr. Deputy City Attorney
City of Hampton
Office of the City Attorney
22 Lincoln Street, 8th Floor
Hampton, Virginia  23669
Telephone: (757) 727-6127
Facsimile: (757) 727-6788
Electronic Mail: brandi.law@hampton.gov
*Counsel for Defendant, Bryan Wilson*